IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sandra M. Marino, | ) Case No. 19-22534 CMB |
| | ) Chapter 13 |
| Social Security No. XXX-XX-4201 | ) |
|     Debtor | ) Document No. WO-1 |
| | ) |
| Sandra M. Marino, | ) |
| | ) |
|     Movant | ) Related to Doc. No. 36 |
| | ) |
| vs. | ) |
| | ) |
| United States Postal Service and | ) |
| Ronda J. Winnecour, Trustee | ) |
| | ) |
|     Respondents | ) |

FILED
4/13/20 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**CONSENT ORDER TO SUSPEND WAGE ATTACHMENT**

AND NOW, to wit, this ___13th___ day of ___April___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Debtor is permitted to suspend his wage attachment for the period of ninety-days (i.e. six payroll periods). During the six payroll periods immediately following this Order, the Debtor's, employer, United States Postal Service, is to remit no funds to the Chapter 13 Trustee on behalf of the Debtor;

2) The employer, United States Postal Service, is to restart payroll deductions to the Chapter 13 Trustee after the suspension of six payroll attachments has concluded. It is the Debtor's responsibility to ensure that the wage attachment resumes in a timely manner;

3) This wage attachment is being suspended due to the COVID-19 crisis;

4) The Debtor is aware that she will be required to make up any payments that have been missed within the remaining months of the case and that the unsecured creditors cannot be reduced to allow for the payments to be caught up.

Consented to by:

/s/ Kate DeSimone
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Counsel for the Debtors

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22534-CMB
Sandra M. Marino                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric             Page 1 of 1              Date Rcvd: Apr 13, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db              +Sandra M. Marino,    408 Stratmore Avenue,    Pittsburgh, PA 15205-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Sandra M. Marino chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 6