# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SANDRA M. MARINO | | |
| **Case Number:** | 19-22534-CMB | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JULY 02, 2020 09:30 AM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

### Matter:

#5 - Continued Plan Dated 6/25/2019 (NFC)
**R / M #:**  5 / 0

### Appearances:

Debtor: *Lauren Lamb*

Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

### Proceedings:

Outcome: *Continued —*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____ *8-15-20*
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by *8-31-20*
   Objections are due on or before ~~9-15~~ *9-1-20* at
   A hearing on the Amended Plan is set for *9-10-20* at *10:30* .
9. _____ Contested Hearing: _____ at _____.
10. _X_ Other:

*§341(a) meeting of creditors is closed.*

FILED
8/5/20 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA