**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankruptcy Case No.: 19–22534–CMB

                                                          Chapter: 13
                                                          Docket No.: 40 – 5
                                                          Conciliation Conference Date: 9/10/20 at 10:30 AM

**Sandra M. Marino**
    Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____11th____ day of ____August____, __2020__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    See Attached Mailing Matrix

Executed on ____August 11, 2020____      /s/ Todd Thomas
                        (Date)                                    (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15221
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing        Ally Bank                              Ally Financial
0315-2                                 PO Box 130424                          Attn: Bankruptcy Dept
Case 19-22534-CMB                      Roseville MN 55113-0004                Po Box 380901
WESTERN DISTRICT OF PENNSYLVANIA                                              Bloomington, MN 55438-0901
Pittsburgh
Tue Aug 11 12:33:50 EDT 2020

Ally Financial                         Capital One                            Capital One Bank
P.o. Box 380901                        Attn: Bankruptcy                       Po Box 30281
Bloomington, MN 55438-0901             Po Box 30285                           Salt Lake City, UT 84130-0281
                                       Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.           Capital One Bank/Kohls                 Capital One, N.A.
by American InfoSource as agent        Po Box 30281                           c/o Becket and Lee LLP
PO Box 71083                           Salt Lake City, UT 84130-0281          PO Box 3001
Charlotte, NC  28272-1083                                                     Malvern PA 19355-0701


Cavalry Portfolio Services             (p)CAVALRY PORTFOLIO SERVICES LLC      Cavalry SPV I, LLC
Attn: Bankruptcy Department            500 SUMMIT LAKE DR                     500 Summit Lake Drive, Ste 400
500 Summit Lake Ste 400                STE 400                                Valhalla, NY 10595-2321
Valhalla, NY 10595-2322                VALHALLA NY 10595-2322


Comenity Bank/Gander Mountain          Comenity Bank/gndrmtmc                 Credit One Bank, N.A.
Po Box 182789                          Attn: Bankruptcy                       PO Box 98873
Columbus, OH 43218-2789                Po Box 182125                          Las Vegas, NV 89193-8873
                                       Columbus, OH 43218-2125


Duquesne Light Company                 Keri P. Ebeck                          First Source Advantage, LLC
c/o Bernstein-Burkley, P.C.            Bernstein-Burkley                      205 Bryant Woods South
707 Grant Street, Suite 2200, Gulf Tower  707 Grant Street                    Buffalo, NY 14228-3609
Pittsburgh, PA 15219-1945              Suite 2200 Gulf Tower
                                       Pittsburgh, PA 15219-1945


Christopher M. Frye                    Internal Revenue Service               LVNV Funding LLC
Steidl & Steinberg                     PO Box 7346                            PO Box 10587
Suite 2830 Gulf Tower                  Philadelphia, PA 19101-7346            Greenville, SC 29603-0587
707 Grant Street
Pittsburgh, PA 15219-1908


Sandra M. Marino                       MidAmerica Bank & Trust Company        MidAmerica Bank & Trust Company
408 Stratmore Avenue                   5109 S Broadband Lane                  Attn: Bankruptcy
Pittsburgh, PA 15205-3522              Sioux Falls, SD 57108-2208             216 West Second St
                                                                              Dixon, MO 65459-8048


Midland Funding                        Midland Funding                        Midland Funding LLC
2365 Northside Dr Ste 300              320 East Big Beaver                    PO Box 2011
San Diego, CA 92108-2709               Troy, MI 48083-1271                    Warren, MI 48090-2011


Office of the United States Trustee    PRA Receivables Management, LLC        PYOD, LLC
Liberty Center.                        PO Box 41021                           Resurgent Capital Services
1001 Liberty Avenue, Suite 970         Norfolk, VA 23541-1021                 PO Box 19008
Pittsburgh, PA 15222-3721                                                     Greenville, SC 29602-9008
```

| | | |
|---|---|---|
| Patenaude & Felix<br>501 Corporate Drive<br>Southpointe- Suite 205<br>Attn: Gregg L. Morris, Esquire<br>Canonsburg, PA 15317-8584 | Paypal Credit/Bill Me Later<br>PO Box 5138<br>Lutherville Timonium, MD 21094-5138 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-1906 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Quicken Loans Inc.<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 |
| Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A.<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cavalry Portfolio Services<br>Po Box 27288<br>Tempe, AZ 85285 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55