Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sandra M. Marino**
  Debtor(s)

Bankruptcy Case No.: 19−22534−CMB
Related to Doc. No. 49
Chapter: 13
Docket No.: 50 − 49
Concil. Conf.: April 15, 2021 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 1, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 22, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 15, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 15, 2021

cm: All Creditors and Parties In Interest

        Carlota M. Bohm
        United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sandra M. Marino  
    Debtor

Case No. 19-22534-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 3  
Date Rcvd: Jan 15, 2021      Form ID: 410      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra M. Marino, 408 Stratmore Avenue, Pittsburgh, PA 15205-3522 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15076758 | + | Capital One Bank/Kohls, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117576 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15076764 | + | First Source Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15076766 | + | MidAmerica Bank & Trust Company, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15076767 | #+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, 216 West Second St, Dixon, MO 65459-8048 |
| 15076768 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15076774 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15076782 | + | TD Bank USA, N.A., Po Box 673, Minneapolis, MN 55440-0673 |
| 15076779 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15076781 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15106855 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:12:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114903 | | Email/Text: ally@ebn.phinsolutions.com | Jan 16 2021 02:50:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15076754 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 16 2021 02:50:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15076753 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 16 2021 02:50:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15076759 | | Email/Text: bankruptcy@cavps.com | Jan 16 2021 02:51:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15076755 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:12:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15076757 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:13:53 | Capital One Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15085275 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:12:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15076760 | + | Email/Text: bankruptcy@cavps.com | Jan 16 2021 02:51:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15078620 | + | Email/Text: bankruptcy@cavps.com | Jan 16 2021 02:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 19-22534-CMB   Doc 51   Filed 01/17/21   Entered 01/18/21 00:34:49   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 410 | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15076761 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:50:00 | Comenity Bank/Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 15076762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:50:00 | Comenity Bank/gndrmtmc, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15076763 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2021 03:13:54 | Credit One Bank, N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 15115269 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 16 2021 02:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15076765 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2021 02:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15160074 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 03:12:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15076769 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2021 02:51:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15105370 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2021 02:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15117385 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:12:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15082296 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 03:13:56 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15076770 | + | Email/Text: paparalegals@pandf.us | Jan 16 2021 02:51:00 | Patenaude & Felix, 501 Corporate Drive, Southpointe- Suite 205, Attn: Gregg L. Morris, Esquire, Canonsburg, PA 15317-8584 |
| 15076771 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Paypal Credit/Bill Me Later, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15076773 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 16 2021 02:51:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 15076772 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 16 2021 02:51:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 15084899 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 16 2021 02:51:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 15117329 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:15:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15077512 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15076777 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15076776 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:15:22 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15076775 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:52 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15096034 | + | Email/Text: bncmail@w-legal.com | Jan 16 2021 02:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2 | User: dric | Page 3 of 3
Date Rcvd: Jan 15, 2021 | Form ID: 410 | Total Noticed: 44

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15076756 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15076778 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15076780 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Sandra M. Marino chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6