IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sandra M. Marino, | ) | Case No. 19-11534 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 50, 52-53 |
| | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | April 15, 2021 at 10:00 AM |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN, SCHEDULING ORDER AND RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) February 12, 2021

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

                                                                     Respectfully submitted,

February 12, 2021                                      /s/ Christopher M. Frye
DATE                                                       Christopher M. Frye, Esquire
                                                           Attorney for the Debtor(s)
                                                          STEIDL & STEINBERG
                                                          Suite 2830 – Gulf Tower
                                                          707 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 391-8000
                                                          chris.frye@steidl-steinberg.com
                                                          PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22534-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Aug 11 12:33:50 EDT 2020 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank/Kohls<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Comenity Bank/Gander Mountain<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/gndrmtmc<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank, N.A.<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | First Source Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 |
| Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Sandra M. Marino<br>408 Stratmore Avenue<br>Pittsburgh, PA 15205-3522 | MidAmerica Bank & Trust Company<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 | MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>216 West Second St<br>Dixon, MO 65459-8048 |
| Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |

| | | |
|---|---|---|
| Patenaude & Felix<br>501 Corporate Drive<br>Southpointe- Suite 205<br>Attn: Gregg L. Morris, Esquire<br>Canonsburg, PA 15317-8584 | Paypal Credit/Bill Me Later<br>PO Box 5138<br>Lutherville Timonium, MD 21094-5138 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-1906 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Quicken Loans Inc.<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 |
| Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A.<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Cavalry Portfolio Services<br>Po Box 27288<br>Tempe, AZ 85285 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)Quicken Loans Inc. |

End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55