IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sandra M. Marino, | ) | Case No. 19-22534 CMB |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 50, 52-53 |
| | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | April 15, 2021 at 10:00 AM |
| | ) | |
| | ) | |

**AMENDED CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN, SCHEDULING ORDER AND RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) February 12, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

|  | Respectfully submitted, |
|---|---|
| February 12, 2021 | /s/ Christopher M. Frye |
| DATE | Christopher M. Frye, Esquire |
|  | Attorney for the Debtor(s) |
|  | STEIDL & STEINBERG |
|  | Suite 2830 – Gulf Tower |
|  | 707 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | (412) 391-8000 |
|  | chris.frye@steidl-steinberg.com |
|  | PA I.D. No. 208402 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22534-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Aug 11 12:33:50 EDT 2020 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank/Kohls<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Comenity Bank/Gander Mountain<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/gndrmtmc<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank, N.A.<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | First Source Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 |
| Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Sandra M. Marino<br>408 Stratmore Avenue<br>Pittsburgh, PA 15205-3522 | MidAmerica Bank & Trust Company<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 | MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>216 West Second St<br>Dixon, MO 65459-8048 |
| Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |

```
Patenaude & Felix                   Paypal Credit/Bill Me Later          Pennsylvania Department of Revenue
501 Corporate Drive                 PO Box 5138                          Bankruptcy Division
Southpointe- Suite 205              Lutherville Timonium, MD 21094-5138  P.O. Box 280946
Attn: Gregg L. Morris, Esquire                                           Harrisburg, PA 17128-0946
Canonsburg, PA 15317-8584


Pennsylvania Dept. of Revenue       Peoples Natural Gas Company LLC      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Department 280946                   c/o S. James Wallace, P.C.           PO BOX 41067
P.O. Box 280946                     845 N. Lincoln Ave.                  NORFOLK VA 23541-1067
ATTN: BANKRUPTCY DIVISION           Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946


Quicken Loans                       Quicken Loans                        Quicken Loans Inc.
1050 Woodward Ave                   Attn: Bankruptcy                     635 Woodward Ave.
Detroit, MI 48226-1906              1050 Woodward Avenue                 Detroit, MI 48226-3408
                                    Detroit, MI 48226-1906


Radius Global Solutions             Synchrony Bank                       Synchrony Bank
PO Box 390846                       c/o PRA Receivables Management, LLC  c/o of PRA Receivables Management, LLC
Minneapolis, MN 55439-0846          PO Box 41021                         PO Box 41021
                                    Norfolk VA 23541-1021                Norfolk, VA 23541-1021


Synchrony Bank/Care Credit          Synchrony Bank/Care Credit           Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept              C/o Po Box 965036                    Po Box 965036
Po Box 965060                       Orlando, FL 32896-0001               Orlando, FL 32896-5036
Orlando, FL 32896-5060


TD Bank USA, N.A.                   TD Bank USA, N.A.                    Target
C O WEINSTEIN & RILEY, PS           Po Box 673                           Attn: Bankruptcy
2001 WESTERN AVENUE, STE 400        Minneapolis, MN 55440-0673           Po Box 9475
SEATTLE, WA 98121-3132                                                   Minneapolis, MN 55440-9475


Target                              UPMC Physician Services              S. James Wallace
Po Box 673                          PO Box 1123                          845 N. Lincoln Avenue
Minneapolis, MN 55440-0673          Minneapolis, MN 55440-1123           Pittsburgh, PA 15233-1828


James Warmbrodt                     Ronda J. Winnecour
KML Law Group, P.C.                 Suite 3250, USX Tower
701 Market Street                   600 Grant Street
Suite 5000                          Pittsburgh, PA 15219-2702
Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cavalry Portfolio Services          Portfolio Recovery Associates, LLC
Po Box 27288                        POB 12914
Tempe, AZ 85285                     Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55