IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
                                            )
Sandra M. Marino,                           )          Case No. 19-22534 CMB
        Debtor(s)                           )          Chapter 13
                                            )          Related Docket No. 62
                                            )
                                            )
                                            )          Hearing Date and Time:
                                            )          April 15, 2021 at 10:00 AM
                                            )
                                            )

### CERTIFICATE OF SERVICE OF RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) February 24, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee


                                            Respectfully submitted,


February 24, 2021                           /s/ Christopher M. Frye
DATE                                        Christopher M. Frye, Esquire
                                            Attorney for the Debtor(s)
                                            STEIDL & STEINBERG
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            chris.frye@steidl-steinberg.com
                                            PA I.D. No. 208402