IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sandra M. Marino, | ) | Case No. 19-22534 CMB |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Docket No. 61 |
| Sandra M. Marino, | ) | |
| Social Security No. XXX-XX-4201 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Postal Service and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 26, 2021, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Sandra M. Marino
408 Stratmore Avenue
Pittsburgh, PA 15205

United States Postal Service
Eagan Accounting Service Center
2825 Lone Oak Parkway
Eagan, MN 55121

Date of Service: February 26, 2021

/s/ Christopher M. Frye
Christopher M. Frye , Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000