IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sandra M. Marino, | ) | Case No. 19-22534 CMB |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Docket No. 70 |
| Sandra M. Marino, | ) | |
| Social Security No. XXX-XX-4201 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Postal Service and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 23, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**served by CM/ECF Filing**   Sandra M. Marino
Suite 3250 – US Steel Tower                                408 Stratmore Avenue
600 Grant Street                                           Pittsburgh, PA 15205
Pittsburgh, PA 15219

United States Postal Service
Attn: Payroll Dept.
Eagan Accounting Service Center
2825 Lone Oak Parkway
Eagan, MN 55121

Date of Service: April 23, 2021          /s/ Christopher M. Frye
                                         Christopher M. Frye , Esquire
                                         STEIDL & STEINBERG
                                         28th Floor, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000