IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sandra M. Marino, | ) | Case No. 19-22534 CMB |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 77 & 79 |

## CERTIFICATE OF SERVICE OF AMENDED SCHEDULES AND TEXT ORDER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 28, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Rosemary Crawford, Chapter 7 Trustee

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

December 28, 2021
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402

```
Label Matrix for local noticing          Ally Bank                                 Ally Bank, c/o AIS Portfolio Services, LP
0315-2                                   PO Box 130424                             4515 N Santa Fe Ave. Dept. APS
Case 19-22534-CMB                        Roseville MN 55113-0004                   Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Dec 28 13:26:22 EST 2021

Ally Financial                           Ally Financial                            Capital One
Attn: Bankruptcy Dept                    P.o. Box 380901                           Attn: Bankruptcy
Po Box 380901                            Bloomington, MN 55438-0901                Po Box 30285
Bloomington, MN 55438-0901                                                         Salt Lake City, UT 84130-0285


Capital One Bank                         Capital One Bank (USA), N.A.              Capital One Bank/Kohls
Po Box 30281                             by American InfoSource as agent           Po Box 30281
Salt Lake City, UT 84130-0281            PO Box 71083                              Salt Lake City, UT 84130-0281
                                         Charlotte, NC  28272-1083


Capital One, N.A.                        Cavalry Portfolio Services                (p)CAVALRY PORTFOLIO SERVICES LLC
c/o Becket and Lee LLP                   Attn: Bankruptcy Department               500 SUMMIT LAKE DR
PO Box 3001                              500 Summit Lake Ste 400                   STE 400
Malvern PA 19355-0701                    Valhalla, NY 10595-2322                   VALHALLA NY 10595-2322


Cavalry SPV I, LLC                       Comenity Bank/Gander Mountain             Comenity Bank/gndrmtmc
500 Summit Lake Drive, Ste 400           Po Box 182789                             Attn: Bankruptcy
Valhalla, NY 10595-2321                  Columbus, OH 43218-2789                   Po Box 182125
                                                                                   Columbus, OH 43218-2125


Rosemary C. Crawford                     Credit One Bank, N.A.                     Duquesne Light Company
Crawford McDonald, LLC.                  PO Box 98873                              c/o Bernstein-Burkley, P.C.
P.O. Box 355                             Las Vegas, NV 89193-8873                  707 Grant Street, Suite 2200, Gulf Tower
Allison Park, PA 15101-0355                                                        Pittsburgh, PA 15219-1945


Keri P. Ebeck                            First Source Advantage, LLC               Christopher M. Frye
Bernstein-Burkley                        205 Bryant Woods South                    Steidl & Steinberg
601 Grant Street, 9th Floor              Buffalo, NY 14228-3609                    Suite 2830 Gulf Tower
Pittsburgh, PA 15219-4430                                                          707 Grant Street
                                                                                   Pittsburgh, PA 15219-1908


Internal Revenue Service                 LVNV Funding LLC                          Sandra M. Marino
PO Box 7346                              PO Box 10587                              408 Stratmore Avenue
Philadelphia, PA 19101-7346              Greenville, SC 29603-0587                 Pittsburgh, PA 15205-3522


MidAmerica Bank & Trust Company          MidAmerica Bank & Trust Company           Midland Funding
5109 S Broadband Lane                    Attn: Bankruptcy                          2365 Northside Dr Ste 300
Sioux Falls, SD 57108-2208               216 West Second St                        San Diego, CA 92108-2709
                                         Dixon, MO 65459-8048


Midland Funding                          Midland Funding LLC                       Maria Miksich
320 East Big Beaver                      PO Box 2011                               KML Law Group, P.C.
Troy, MI 48083-1238                      Warren, MI 48090-2011                     701 Market Street
                                                                                   Suite 5000
                                                                                   Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Patenaude & Felix<br>501 Corporate Drive<br>Southpointe- Suite 205<br>Attn: Gregg L. Morris, Esquire<br>Canonsburg, PA 15317-8584 | Paypal Credit/Bill Me Later<br>PO Box 5138<br>Lutherville Timonium, MD 21094-5138 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| Quicken Loans Inc.<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 | Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A.<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cavalry Portfolio Services<br>Po Box 27288<br>Tempe, AZ 85285 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)Quicken Loans Inc. |

End of Label Matrix
Mailable recipients    54
Bypassed recipients     3
Total                  57