IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sandra M. Marino, ) | Case No. 19-22534 CMB |
| Debtor(s) ) | Chapter 13 |
| ) | Related Docket No. 76 & 79 |

### AMENDED CERTIFICATE OF SERVICE OF AMENDED SCHEDULES AND TEXT ORDER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 28, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Rosemary Crawford, Chapter 7 Trustee

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                                                    Respectfully submitted,

December 28, 2021                                  /s/ Christopher M. Frye
DATE                                                       Christopher M. Frye, Esquire
                                                                  Attorney for the Debtor(s)
                                                                  STEIDL & STEINBERG
                                                                  Suite 2830 – Gulf Tower
                                                                 707 Grant Street
                                                                  Pittsburgh, PA  15219
                                                                  (412) 391-8000
                                                                  chris.frye@steidl-steinberg.com
                                                                  PA I.D. No. 208402

```
Label Matrix for local noticing        Ally Bank                              Ally Bank, c/o AIS Portfolio Services, LP
0315-2                                  PO Box 130424                          4515 N Santa Fe Ave. Dept. APS
Case 19-22534-CMB                       Roseville MN 55113-0004                Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Dec 28 13:26:22 EST 2021

Ally Financial                          Ally Financial                         Capital One
Attn: Bankruptcy Dept                   P.o. Box 380901                        Attn: Bankruptcy
Po Box 380901                           Bloomington, MN 55438-0901             Po Box 30285
Bloomington, MN 55438-0901                                                     Salt Lake City, UT 84130-0285


Capital One Bank                        Capital One Bank (USA), N.A.           Capital One Bank/Kohls
Po Box 30281                            by American InfoSource as agent        Po Box 30281
Salt Lake City, UT 84130-0281           PO Box 71083                           Salt Lake City, UT 84130-0281
                                        Charlotte, NC  28272-1083


Capital One, N.A.                       Cavalry Portfolio Services             (p)CAVALRY PORTFOLIO SERVICES LLC
c/o Becket and Lee LLP                  Attn: Bankruptcy Department            500 SUMMIT LAKE DR
PO Box 3001                             500 Summit Lake Ste 400                STE 400
Malvern PA 19355-0701                   Valhalla, NY 10595-2322                VALHALLA NY 10595-2322


Cavalry SPV I, LLC                      Comenity Bank/Gander Mountain          Comenity Bank/gndrmtmc
500 Summit Lake Drive, Ste 400          Po Box 182789                          Attn: Bankruptcy
Valhalla, NY 10595-2321                 Columbus, OH 43218-2789                Po Box 182125
                                                                               Columbus, OH 43218-2125


Rosemary C. Crawford                    Credit One Bank, N.A.                  Duquesne Light Company
Crawford McDonald, LLC.                 PO Box 98873                           c/o Bernstein-Burkley, P.C.
P.O. Box 355                            Las Vegas, NV 89193-8873               707 Grant Street, Suite 2200, Gulf Tower
Allison Park, PA 15101-0355                                                    Pittsburgh, PA 15219-1945


Keri P. Ebeck                           First Source Advantage, LLC            Christopher M. Frye
Bernstein-Burkley                       205 Bryant Woods South                 Steidl & Steinberg
601 Grant Street, 9th Floor             Buffalo, NY 14228-3609                 Suite 2830 Gulf Tower
Pittsburgh, PA 15219-4430                                                      707 Grant Street
                                                                               Pittsburgh, PA 15219-1908


Internal Revenue Service                LVNV Funding LLC                       Sandra M. Marino
PO Box 7346                             PO Box 10587                           408 Stratmore Avenue
Philadelphia, PA 19101-7346             Greenville, SC 29603-0587              Pittsburgh, PA 15205-3522


MidAmerica Bank & Trust Company         MidAmerica Bank & Trust Company        Midland Funding
5109 S Broadband Lane                   Attn: Bankruptcy                       2365 Northside Dr Ste 300
Sioux Falls, SD 57108-2208              216 West Second St                     San Diego, CA 92108-2709
                                        Dixon, MO 65459-8048


Midland Funding                         Midland Funding LLC                    Maria Miksich
320 East Big Beaver                     PO Box 2011                            KML Law Group, P.C.
Troy, MI 48083-1238                     Warren, MI 48090-2011                  701 Market Street
                                                                               Suite 5000
                                                                               Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Patenaude & Felix<br>501 Corporate Drive<br>Southpointe- Suite 205<br>Attn: Gregg L. Morris, Esquire<br>Canonsburg, PA 15317-8584 | Paypal Credit/Bill Me Later<br>PO Box 5138<br>Lutherville Timonium, MD 21094-5138 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| Quicken Loans Inc.<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 | Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A.<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cavalry Portfolio Services  
Po Box 27288  
Tempe, AZ 85285

Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company  
c/o Bernstein-Burkley, P.C.  
707 Grant St., Suite 2200, Gulf Tower  
Pittsburgh, PA 15219-1945

(d)LVNV Funding LLC  
PO Box 10587  
Greenville, SC 29603-0587

(u)Quicken Loans Inc.

End of Label Matrix  
Mailable recipients    54  
Bypassed recipients     3  
Total                  57