IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sandra M. Marino, ) | Case No. 19-22534 CMB |
| Debtor(s) ) | Chapter 13 |
| ) | Related Docket No. 81 |

## CERTIFICATE OF SERVICE OF ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 7

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 28, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Rosemary Crawford, Chapter 7 Trustee

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

December 28, 2021  
DATE

/s/ Christopher M. Frye  
Christopher M. Frye, Esquire  
Attorney for the Debtor(s)  
STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
chris.frye@steidl-steinberg.com  
PA I.D. No. 208402

```
Label Matrix for local noticing      Ally Bank                              Ally Bank, c/o AIS Portfolio Services, LP
0315-2                                PO Box 130424                          4515 N Santa Fe Ave. Dept. APS
Case 19-22534-CMB                     Roseville MN 55113-0004                Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Dec 28 13:26:22 EST 2021

Ally Financial                        Ally Financial                         Capital One
Attn: Bankruptcy Dept                 P.o. Box 380901                        Attn: Bankruptcy
Po Box 380901                         Bloomington, MN 55438-0901             Po Box 30285
Bloomington, MN 55438-0901                                                   Salt Lake City, UT 84130-0285


Capital One Bank                      Capital One Bank (USA), N.A.           Capital One Bank/Kohls
Po Box 30281                          by American InfoSource as agent        Po Box 30281
Salt Lake City, UT 84130-0281         PO Box 71083                           Salt Lake City, UT 84130-0281
                                      Charlotte, NC  28272-1083


Capital One, N.A.                     Cavalry Portfolio Services             (p)CAVALRY PORTFOLIO SERVICES LLC
c/o Becket and Lee LLP                Attn: Bankruptcy Department            500 SUMMIT LAKE DR
PO Box 3001                           500 Summit Lake Ste 400                STE 400
Malvern PA 19355-0701                 Valhalla, NY 10595-2322                VALHALLA NY 10595-2322


Cavalry SPV I, LLC                    Comenity Bank/Gander Mountain          Comenity Bank/gndrmtmc
500 Summit Lake Drive, Ste 400        Po Box 182789                          Attn: Bankruptcy
Valhalla, NY 10595-2321               Columbus, OH 43218-2789                Po Box 182125
                                                                             Columbus, OH 43218-2125


Rosemary C. Crawford                  Credit One Bank, N.A.                  Duquesne Light Company
Crawford McDonald, LLC.               PO Box 98873                           c/o Bernstein-Burkley, P.C.
P.O. Box 355                          Las Vegas, NV 89193-8873               707 Grant Street, Suite 2200, Gulf Tower
Allison Park, PA 15101-0355                                                  Pittsburgh, PA 15219-1945


Keri P. Ebeck                         First Source Advantage, LLC            Christopher M. Frye
Bernstein-Burkley                     205 Bryant Woods South                 Steidl & Steinberg
601 Grant Street, 9th Floor           Buffalo, NY 14228-3609                 Suite 2830 Gulf Tower
Pittsburgh, PA 15219-4430                                                    707 Grant Street
                                                                             Pittsburgh, PA 15219-1908


Internal Revenue Service              LVNV Funding LLC                       Sandra M. Marino
PO Box 7346                           PO Box 10587                           408 Stratmore Avenue
Philadelphia, PA 19101-7346           Greenville, SC 29603-0587              Pittsburgh, PA 15205-3522


MidAmerica Bank & Trust Company       MidAmerica Bank & Trust Company        Midland Funding
5109 S Broadband Lane                 Attn: Bankruptcy                       2365 Northside Dr Ste 300
Sioux Falls, SD 57108-2208            216 West Second St                     San Diego, CA 92108-2709
                                      Dixon, MO 65459-8048


Midland Funding                       Midland Funding LLC                    Maria Miksich
320 East Big Beaver                   PO Box 2011                            KML Law Group, P.C.
Troy, MI 48083-1238                   Warren, MI 48090-2011                  701 Market Street
                                                                             Suite 5000
                                                                             Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Patenaude & Felix<br>501 Corporate Drive<br>Southpointe- Suite 205<br>Attn: Gregg L. Morris, Esquire<br>Canonsburg, PA 15317-8584 | Paypal Credit/Bill Me Later<br>PO Box 5138<br>Lutherville Timonium, MD 21094-5138 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| Quicken Loans Inc.<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 | Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A.<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cavalry Portfolio Services              Portfolio Recovery Associates, LLC
Po Box 27288                            POB 12914
Tempe, AZ 85285                         Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Duquesne Light Company               (d)LVNV Funding LLC                    (u)Quicken Loans Inc.
c/o Bernstein-Burkley, P.C.             PO Box 10587
707 Grant St., Suite 2200, Gulf Tower   Greenville, SC 29603-0587
Pittsburgh, PA 15219-1945
```

End of Label Matrix
Mailable recipients    54
Bypassed recipients     3
Total                  57