**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sandra M. Marino, | ) | Case No. 19-22534 CMB |
|     Debtor(s) | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Sandra M. Marino, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

    Credit Collections U.S.A., L.L.C.
    16 Distributor Drive, Suite 1
    Morgantown, WV 26501

    First Premier Bank
    601 South Minnesota Avenue
    Sioux Falls, SD 57104

    Heritage Valley Kennedy
    PO Box 536730
    Pittsburgh, PA 15253-5909

    High Field Imaging
    995 Greentree Road
    Pittsburgh, PA 15220-3242

    HVMG
    PO Box 536589
    Pittsburgh, PA 15253-5907

    Medcare Equipment Company, LLC
    501 W. Otterman Street
    Suite C
    Greensburg, PA 15601

    MedCare Equipmet Company

    c/o SIMM Associates
    800 Pencader Drive
    Newark, DE 19702

    MedCare Equipmet Company
    SIMM Associates
    PO Box 7526
    Newark, DE 19714

    Ohio Valley Hospital/HVHS
    PO Box 72584
    Cleveland, OH 44192-0002

    Sewickely Foot and Ankle P.C.
    1099 Ohio River Blvd
    Sewickley, PA 15143-2056

    St Clair Emergency Medicine
    c/o Collection Service Center, Inc.
    839 5th Avenue
    PO Box 560
    New Kensington, PA 15068-0560

    St. Clair Medical Services
    Patient Bill Processing Center
    PO Box 5257
    New York, NY 10008-5257

    The Dentistry of Greensburg
    300 Fleet Street
    Suite
    West Mifflin, PA 15122-2956

    Transworld Systems Inc.
    500 Virginia Drive, Suite 514
    Fort Washington, PA 19034

By:

January 6, 2022                          /s/ Christopher M. Frye
DATE                                  Christopher M. Frye, Esquire
                                          Attorney for the Debtor(s)

                                          STEIDL & STEINBERG
                                          Suite 2830 – Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 391-8000
                                          chris.frye@steidl-steinberg.com
                                          PA I.D. No. 208402