IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sandra M. Marino, | ) | Case No. 19-22534 CMB |
|     Debtor(s) | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | Related Document No. 81 |
| Sandra M. Marino, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |

## RULE 1019 REPORT

AND NOW, comes the Debtor, Sandra M. Marino, by and through her attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. This case was commenced on June 26, 2019 when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This case was converted to Chapter 7 by Order of Court dated December 23, 2021. Subsequent to the filing of the Chapter 13 petition, but prior to conversion of the case to Chapter 7, the Debtor has not entered into or assumed any executory contracts and have not acquired any additional or new property, either real or personal.

3. Subsequent to the filing of the Chapter 13 petition, but prior to conversion of the case to Chapter 7, the Debtor incurred the following debts:

Credit Collections U.S.A., L.L.C.
16 Distributor Drive, Suite 1
Morgantown, WV 26501

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104
$693.08

Heritage Valley Kennedy
PO Box 536730
Pittsburgh, PA 15253-5909
$1,008.81

High Field Imaging
995 Greentree Road
Pittsburgh, PA 15220-3242
$511.19

HVMG
PO Box 536589
Pittsburgh, PA 15253-5907
$11.74

Medcare Equipment Company, LLC
501 W. Otterman Street
Suite C
Greensburg, PA 15601
$61.00

MedCare Equipmet Company
c/o SIMM Associates
800 Pencader Drive
Newark, DE 19702

MedCare Equipmet Company
SIMM Associates
PO Box 7526
Newark, DE 19714

Ohio Valley Hospital/HVHS
PO Box 72584
Cleveland, OH 44192-0002
$57.37

Sewickely Foot and Ankle P.C.
1099 Ohio River Blvd
Sewickley, PA 15143-2056
$149.47

St Clair Emergency Medicine
c/o Collection Service Center, Inc.
839 5th Avenue
PO Box 560
New Kensington, PA 15068-0560
$121.04

St. Clair Medical Services
Patient Bill Processing Center
PO Box 5257
New York, NY 10008-5257
$334.37

The Dentistry of Greensburg
300 Fleet Street
Suite
West Mifflin, PA 15122-2956
$1,656.95

Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


WHEREFORE, the Debtor, Sandra M. Marino respectfully files this Rule 1019 Report.

Respectfully submitted,

January 6, 2022                     /s/ Christopher M. Frye
DATE                                Christopher M. Frye, Esquire
                                    Attorney for the Debtor
                                    STEIDL & STEINBERG
                                    Suite 2830 – Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 391-8000
                                    PA I. D. No.  208402
                                    chris.frye@steidl-steinberg.com