IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sandra M. Marino, ) | Case No. 19-22534 CMB |
| Debtor(s) ) | Chapter 7 |
| ) | Related Docket No. 84 |

### CERTIFICATE OF SERVICE OF NOTICE OF MEETING OF CREDITORS ON CREDITORS LISTED ON 1019 REPORT

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 6, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Credit Collections U.S.A., L.L.C.
16 Distributor Drive, Suite 1
Morgantown, WV 26501

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

Heritage Valley Kennedy
PO Box 536730
Pittsburgh, PA 15253-5909

High Field Imaging
995 Greentree Road
Pittsburgh, PA 15220-3242

HVMG
PO Box 536589
Pittsburgh, PA 15253-5907

Medcare Equipment Company, LLC
501 W. Otterman Street
Suite C
Greensburg, PA 15601

MedCare Equipmet Company
c/o SIMM Associates
800 Pencader Drive
Newark, DE 19702

MedCare Equipmet Company
SIMM Associates
PO Box 7526
Newark, DE 19714

Ohio Valley Hospital/HVHS
PO Box 72584
Cleveland, OH 44192-0002

Sewickely Foot and Ankle P.C.
1099 Ohio River Blvd
Sewickley, PA 15143-2056

St Clair Emergency Medicine
c/o Collection Service Center, Inc.
839 5th Avenue
PO Box 560
New Kensington, PA 15068-0560

St. Clair Medical Services
Patient Bill Processing Center
PO Box 5257
New York, NY 10008-5257

The Dentistry of Greensburg
300 Fleet Street
Suite
West Mifflin, PA 15122-2956

Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034

|  |  |
|---|---|
|  | Respectfully submitted, |
| January 6, 2022<br>DATE | /s/ Christopher M. Frye<br>Christopher M. Frye, Esquire<br>Attorney for the Debtor(s)<br>STEIDL & STEINBERG<br>Suite 2830 – Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>chris.frye@steidl-steinberg.com<br>PA I.D. No. 208402 |