**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SANDRA M. MARINO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.: 19-22534<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/26/2019 and confirmed on 08/09/2019. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,479.28 |
| Less Refunds to Debtor | 1,758.63 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,720.65 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,375.89 | |
| Trustee Fee | 1,730.30 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,106.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 25,178.36 | 0.00 | 25,178.36 |
| Acct: 7758 | | | | |
| TD BANK USA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6752 | | | | |
| ALLY BANK(*) | 2,362.94 | 2,362.94 | 3,073.16 | 5,436.10 |
| Acct: 6405 | | | | |
| ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6405 | | | | |
| | | | | 30,614.46 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANDRA M. MARINO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANDRA M. MARINO | 1,758.63 | 1,758.63 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,375.89 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 3,797.88 | 0.00 | 0.00 | 0.00 |
| Acct: 4201 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| TD BANK USA NA** | 6,041.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6752 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 11,429.95 | 0.00 | 0.00 | 0.00 |
| Acct: 2651 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 343.85 | 0.00 | 0.00 | 0.00 |
| Acct: 3128 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,041.84 | 0.00 | 0.00 | 0.00 |
| Acct: 2299 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9075 | | | | |
| PYOD LLC | 1,424.35 | 0.00 | 0.00 | 0.00 |
| Acct: 9626 | | | | |
| MID AMERICA BANK & TRUST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4891 | | | | |
| MIDLAND FUNDING LLC | 2,067.74 | 0.00 | 0.00 | 0.00 |
| Acct: 6939 | | | | |
| LVNV FUNDING LLC | 651.47 | 0.00 | 0.00 | 0.00 |
| Acct: 3830 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,810.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1981 | | | | |
| SYNCHRONY BANK | 3,400.28 | 0.00 | 0.00 | 0.00 |
| Acct: 2319 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2368 | | | | |
| INTERNAL REVENUE SERVICE* | 319.32 | 0.00 | 0.00 | 0.00 |
| Acct: 4201 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 306.82 | 0.00 | 0.00 | 0.00 |
| Acct: 9320 | | | | |
| UPMC PHYSICIAN SERVICES | 104.96 | 0.00 | 0.00 | 0.00 |
| Acct: 4201 | | | | |
| DUQUESNE LIGHT COMPANY* | 206.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1355 | | | | |
| CAPITAL ONE NA** | 1,133.57 | 0.00 | 0.00 | 0.00 |
| Acct: 0576 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICHOLAS MARINO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                    30,614.46

TOTAL CLAIMED
PRIORITY         3,797.88
SECURED          2,362.94
UNSECURED       33.282.84


Date: 01/26/2022                    /s/ Ronda J. Winnecour

                                    RONDA J WINNECOUR PA ID #30399
                                    CHAPTER 13 TRUSTEE WD PA
                                    600 GRANT STREET
                                    SUITE 3250 US STEEL TWR
                                    PITTSBURGH, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com