Form 302

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sandra M. Marino**
   Debtor(s)

Bankruptcy Case No.: 19−22534−CMB
Related to Doc. No. 98
Chapter: 7
Docket No.: 103 − 98

### ORDER

   **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

   Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

   Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: February 1, 2022

Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                          Case No. 19-22534-CMB

Sandra M. Marino                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                   User: auto                 Page 1 of 4

Date Rcvd: Feb 01, 2022             Form ID: 302             Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra M. Marino, 408 Stratmore Avenue, Pittsburgh, PA 15205-3522 |
| 15076758 | + | Capital One Bank/Kohls, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15444385 | | HVMG, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15444383 | | Heritage Valley Kennedy, PO Box 536730, Pittsburgh, PA 15253-5909 |
| 15444384 | | High Field Imaging, 995 Greentree Road, Pittsburgh, PA 15220-3242 |
| 15444388 | + | MedCare Equipmet Company, SIMM Associates, PO Box 7526, Newark, DE 19714-7526 |
| 15444386 | + | Medcare Equipment Company, LLC, 501 W. Otterman Street, Suite C, Greensburg, PA 15601-2126 |
| 15076766 | + | MidAmerica Bank & Trust Company, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15444389 | | Ohio Valley Hospital/HVHS, PO Box 72584, Cleveland, OH 44192-0002 |
| 15444390 | | Sewickely Foot and Ankle P.C., 1099 Ohio River Blvd, Sewickley, PA 15143-2056 |
| 15444391 | | St Clair Emergency Medicine, c/o Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15444392 | | St. Clair Medical Services, Patient Bill Processing Center, PO Box 5257, New York, NY 10008-5257 |
| 15444393 | + | The Dentistry of Greensburg, 300 Fleet Street, Suite, West Mifflin, PA 15220-2921 |
| 15106855 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Feb 02 2022 09:38:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | + | EDI: AISACG.COM | Feb 02 2022 09:38:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 02 2022 09:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 02 2022 04:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15114903 | | EDI: GMACFS.COM | Feb 02 2022 09:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15076754 | + | EDI: GMACFS.COM | Feb 02 2022 09:38:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15076753 | + | EDI: GMACFS.COM | Feb 02 2022 09:38:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15076759 | | Email/Text: bankruptcy@cavps.com | Feb 02 2022 04:39:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15076755 | + | EDI: CAPITALONE.COM | Feb 02 2022 09:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15076757 | + | EDI: CAPITALONE.COM | | |

Case 19-22534-CMB    Doc 104    Filed 02/03/22    Entered 02/04/22 00:27:18    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2022 | Form ID: 302 | Total Noticed: 59 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15085275 | | EDI: CAPITALONE.COM | Feb 02 2022 09:38:00 | Capital One Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |
| | | | Feb 02 2022 09:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15117576 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2022 04:46:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15076760 | + | Email/Text: bankruptcy@cavps.com | Feb 02 2022 04:39:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15078620 | + | Email/Text: bankruptcy@cavps.com | Feb 02 2022 04:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15076761 | + | EDI: WFNNB.COM | Feb 02 2022 09:38:00 | Comenity Bank/Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 15076762 | + | EDI: WFNNB.COM | Feb 02 2022 09:38:00 | Comenity Bank/gndrmtmc, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15444381 | + | EDI: CCUSA.COM | Feb 02 2022 09:38:00 | Credit Collections U.S.A., L.L.C., 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15076763 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2022 04:46:45 | Credit One Bank, N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 15115269 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 02 2022 04:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15444382 | + | EDI: AMINFOFP.COM | Feb 02 2022 09:38:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15076764 | + | EDI: FSAE.COM | Feb 02 2022 09:38:00 | First Source Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15076765 | | EDI: IRS.COM | Feb 02 2022 09:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15160074 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2022 04:46:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15444387 | + | Email/PDF: clerical@simmassociates.com | Feb 02 2022 04:46:47 | MedCare Equipmet Company, c/o SIMM Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 15076768 | + | EDI: MID8.COM | Feb 02 2022 09:38:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15076769 | + | EDI: MID8.COM | Feb 02 2022 09:38:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15105370 | + | EDI: MID8.COM | Feb 02 2022 09:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15117385 | | EDI: PRA.COM | Feb 02 2022 09:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15082296 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2022 04:46:42 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15076770 | + | Email/Text: paparalegals@pandf.us | Feb 02 2022 04:39:00 | Patenaude & Felix, 501 Corporate Drive, Southpointe- Suite 205, Attn: Gregg L. Morris, Esquire, Canonsburg, PA 15317-8584 |
| 15076771 | + | EDI: RMSC.COM | Feb 02 2022 09:38:00 | Paypal Credit/Bill Me Later, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15076773 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2022 04:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15076772 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2022 04:39:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2022 | Form ID: 302 | Total Noticed: 59 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 15084899 | + Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2022 04:39:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 15076774 | + EDI: PINNACLE.COM | Feb 02 2022 09:38:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15117329 | + EDI: RMSC.COM | Feb 02 2022 09:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15077512 | + EDI: RMSC.COM | Feb 02 2022 09:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15076777 | + EDI: RMSC.COM | Feb 02 2022 09:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15076776 | + EDI: RMSC.COM | Feb 02 2022 09:38:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15076775 | + EDI: RMSC.COM | Feb 02 2022 09:38:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15096034 | + Email/Text: bncmail@w-legal.com | Feb 02 2022 04:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15076782 | + EDI: WTRRNBANK.COM | Feb 02 2022 09:38:00 | TD Bank USA, N.A., Po Box 673, Minneapolis, MN 55440-0673 |
| 15076779 | + EDI: WTRRNBANK.COM | Feb 02 2022 09:38:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15076781 | + EDI: WTRRNBANK.COM | Feb 02 2022 09:38:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15444394 | + Email/Text: bankruptcydepartment@tsico.com | Feb 02 2022 04:39:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15076756 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15076778 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15076780 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15076767 | ##+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, 216 West Second St, Dixon, MO 65459-8048 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2022            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Sandra M. Marino chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7